UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:09-CR-73-1BO(1)

FILED
JUL -1 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO RETURN PROPERTY** |
| ) | |
| PATRICK GORDON ROBERSON, JR. ) | |
| ) | |

THIS MATTER is before the Court upon Motion of the United States for the return of evidence.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the North Carolina Highway Patrol is in possession of a weapon which was seized during the course of investigation.

For good cause shown, IT IS THEREFORE ORDERED that the Motion of the United States be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the firearm described as a Remington Model 700 260 caliber rifle, be returned to the rightful owner, Kenneth James, in accordance with the usual procedures of the North Carolina Highway Patrol.

The Clerk is directed to certify copies of this Order to the United States Attorney Office.

This the __1__ day of July, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE