UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

**U.S.A. vs. Patrick Gordon Roberson, Jr.**                          **Docket No. 4:09-CR-73-1BO**
**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Patrick Gordon Roberson, Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on June 3, 2010, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Patrick Gordon Roberson, Jr. was released from custody on February 3, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 20, 2015, the defendant was involved in a motor vehicle accident. As a result, he was charged at the scene by the North Carolina State Highway Patrol with Reckless Driving and Improper Passing. The Pitt County Sheriff's Office conducted a follow up investigation and reportedly have evidence that Roberson intentionally caused the collision with another vehicle occupied by four people. During the incident, Roberson's child was a passenger in his vehicle. Consequently, Roberson was subsequently charged with four counts of Misdemeanor Assault With a Deadly Weapon, Misdemeanor Child Abuse, and Injury to Personal Property. The defendant was released on a $20,000 bond and these maters remain pending in Pitt County District Court. Roberson has hired an attorney and plans to plead not guilty to the charges. Pending resolution of these charges, Roberson will benefit from mental health intervention.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

                                                   I declare under penalty of perjury that the foregoing
                                                   is true and correct.
                                                   /s/ Dwayne K. Benfield
                                                   Dwayne K. Benfield
                                                   Supervising U.S. Probation Officer
                                                   201 South Evans Street, Room 214
                                                   Greenville, NC 27858-1137
                                                   Phone: 252-830-2336
                                                   Executed On: August 3, 2015

Patrick Gordon Roberson, Jr.
Docket No. 4:09-CR-73-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __3__ day of __August__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge