UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Patrick Gordon Roberson Jr.**                          **Docket No. 4:09-CR-73-1BO**

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Patrick Gordon Roberson, Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 3, 2010, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Patrick Gordon Roberson, Jr., was released from custody on February 3, 2014, at which time the term of supervised release commenced.

On August 3, 2015, a Violation Report was filed informing the court that on July 20, 2015, Roberson was involved in an automobile accident wherein he was initially charged by the North Carolina Highway Patrol with Reckless Driving and Improper Passing. It was also noted that the Pitt County Sheriff's Office conducted a follow up investigation which revealed that there was evidence to support that Roberson intentionally caused the automobile accident. Specifically, during the accident, Roberson collided with a vehicle which contained four occupants. Additionally, his child was a passenger in his vehicle. As a result of the accident, Roberson was charged in Pitt County with four counts of misdemeanor Assault With a Deadly Weapon (15CR55544, 15CR55545, 15CR55546, and 15CR55547), misdemeanor Child Abuse (15CR55548), and Injury to Personal Property (15CR55549). The warrants were served on July 24, 2015, and Roberson was released on a $20,000 secured bond the same date. In response to the new criminal conduct, the court ordered Roberson to participate in mental health treatment pending resolution of the charges. On August 5, 2015, Roberson underwent a mental health evaluation with East Coast Counseling in Greenville, North Carolina, and was recommended to complete two individual counseling sessions. He subsequently completed the sessions and it was determined by the provider that he did not possess an anger issue or need further counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted above, Roberson was involved in an automobile accident wherein he was charged in Pitt County with four counts of misdemeanor Assault With a Deadly Weapon (15CR55544, 15CR55545, 15CR55546, and 15CR55547), misdemeanor Child Abuse (15CR55548), and Injury to Personal Property (15CR55549). On March 22, 2016, Roberson pled guilty to Assault With a Deadly Weapon (15CR55547), Contributing to the Delinquency of a Juvenile (15CR55548), and Injury to Personal Property (15CR55549), and was sentenced to a consolidated term of 45 days custody, which was suspended, and 1 year probation. The remaining charges were dismissed. As a sanction for Roberson's conduct, we are respectfully recommending that he be placed in the home detention program for a period of 90 days. Roberson signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Patrick Gordon Roberson, Jr.
Docket No. 4:09-CR-73-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Dwayne K. Benfield                /s/ Lakesha H. Wright
Dwayne K. Benfield                    Lakesha H. Wright
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      201 South Evans Street, Rm 214
                                      Greenville, NC 27858-1137
                                      Phone: 252-830-2348
                                      Executed On: April 11, 2016

**ORDER OF THE COURT**

Considered and ordered this ___12___ day of ___April___, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge